RICHARD J. PAPST, ESQ.  (SB #080503)
GAEL G. MUELLER, ESQ.  (SB #119228)
LAW OFFICES OF RICHARD J. PAPST
1430 Truxtun Avenue, Suite 803
Bakersfield, California  93301
(661) 634-0696
(661) 634-0699 (FAX)

Attorneys for Plaintiff
KATIE MacKENZIE KEIR

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATIE MacKENZIE KEIR,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>THE STANDARD INSURANCE COMPANY,<br><br>　　　　　　Defendant. | CASE NO. 1:05-CV-00625-OWW-LJO<br><br>REQUEST AND ORDER FOR DISMISSAL WITHOUT PREJUDICE |

Prior to entry of any appearance by the defendant in this matter, and with the representation of this counsel that he has notified counsel for the defendant that this matter is being dismissed, plaintiff hereby requests that this action be dismissed, without prejudice, in its entirety.

DATED: June 2, 2005            LAW OFFICES OF RICHARD J. PAPST


                               BY:_____
                                  RICHARD J. PAPST, ESQ.
                                  Attorneys for Plaintiff

IT IS SO ORDERED that this matter be dismissed in its entirety without prejudice.


Dated:_____June 2, 2005_____     /s/ OLIVER W. WANGER_____
                                   Honorable Oliver W. Wanger
                                   Judge of the United States District Court
                                   Eastern District of California

_____
Request and [Proposed] Order for Dismissal            1